### BENNETT v. HEYLAND.

*Appeal from Jones District Court — Friday, June* 12, 1863.

RECORD OF EVIDENCE.

THE decision of the court was announced by—

WRIGHT, J.—Motion to set aside a sale under execution of certain real estate. The ruling below overruling the motion is affirmed, on the ground that it does not affirmatively appear that all the testimony upon which it was made is contained in the record.

Affirmed.

*Preston & Son* for the appellant — *G. W. Field* for the appellee.

---

### DUDLEY v. REID *et al.*

*Appeal from Lee District Court — Tuesday October* 6, 1863.

OVERRULING DEMURRER : EXCEPTIONS.

THE decision of the court was announced by —

WRIGHT, J.—Defendants appeal from an order sustaining a demurrer to their answer. To this ruling no exception was in any way taken at that time, but defendant's " had leave to answer further." In this condition the record presents no question for our review. §§ 3106, 3108, Revision of 1860.

Affirmed.

LOWE, J., being interested took no part in the determination of this case.

*Rankin & McCrary* for the appellant—*J. P. Hornish* for the appellee.